IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-01377-RPM

THE CASCADE FUND, LLLP, and
WHITE PEAKS GROUP, LLC,

Plaintiffs,

v.

TENET ASSET MANAGEMENT, LLC,
TENET CAPITAL PARTNERS CONVERTIBLE OPPORTUNITIES FUND, LP, and
JON E. HANKINS,

Defendants.

## Minute Order Entered by Senior District Judge Richard P. Matsch:

s/M. Virginia Wentz
      Secretary

Defendant Hankins' unopposed motion for extension of time to respond to the complaint, filed on August 12, 2005, and the stipulation of plaintiffs and Tenent defendants for an extension of time to respond to the complaint, filed on August 12, 2005, are granted to and including August 26, 2005.

Defendant Hankins' having filed a notice of withdrawal of motion to transfer or stay, filed on August 12, 2005, the motion, Document #10, is stricken from the active docket,

Dated:  August 15, 2005