IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01377-RPM

THE CASCADE FUND, LLLP, a Colorado
limited liability company, by and through
WHITE PEAKS GROUP, LLC,
a Colorado limited liability company, its General Partner,

        Plaintiff,

v.

TENENT ASSET MANAGEMENT, LLC,
a Delaware limited liability company, and
JON E. HANKINS, its managing member and individually,

        Defendants.

## ORDER OF DISMISSAL

        Pursuant to the Notice of Dismissal filed on August 22, 2005, it is

        ORDERED that plaintiffs' claims against defendants Tenet Asset Management, LLC, and Tenet Capital Partners Convertible Opportunities Fund, LP, are dismissed without prejudice, each party to bear its own attorneys' fees and costs.

        Dated: August 24, 2005

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge