IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01377-RPM

THE CASCADE FUND, LLLP, a Colorado
limited liability company, by and through
WHITE PEAKS GROUP, LLC,
a Colorado limited liability company, its General Partner,

        Plaintiff,

v.

JON E. HANKINS,

        Defendant.

ORDER DENYING MOTION TO DISMISS OR TRANSFER

On August 26, 2005, the defendant Jon E. Hankins filed a motion to dismiss under Fed.R.Civ.P. 12(b)(2) for lack of personal jurisdiction or, alternatively, to transfer this civil action to the United States District Court for the Southern District of New York. The plaintiff filed a response, with an affidavit of James T. Hecker. The plaintiffs have established a factual basis for specific jurisdiction over the defendant, a Tennessee resident, for the claims made in the complaint, showing conduct by the defendant in Colorado and impacting the plaintiffs in Colorado. The bases for transfer are that there is an enforcement action by the Securities and Exchange Commission in New York and there is a forum selection clause in the Investment Management Agreement between The Cascade Fund and Tenet Asset Management, LLC. Hankins is not a party to that agreement. The existence of the SEC enforcement action is not a basis for denying the

plaintiffs their choice of forum.  It is therefore

    ORDERED that the motion to dismiss or transfer is denied.

    Dated: October 20, 2005

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____

                          Richard P. Matsch, Senior District Judge