IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01377-RPM

THE CASCADE FUND, LLLP, a Colorado
limited liability company, by and through
WHITE PEAKS GROUP, LLC,
a Colorado limited liability company, its General Partner,

        Plaintiff,

v.

JON E. HANKINS,

        Defendant.

---

ORDER GRANTING MOTION TO WITHDRAW

---

Pursuant to the hearing held today, as scheduled by this Court's order of November 22, 2005, Daniel Grossman appeared as attorney of record for the Defendant Jon E. Hankins in support of his motion to withdraw as counsel for Defendant Hankins, filed November 14, 2005. Douglas Tumminello appeared as counsel for the plaintiffs. Mr. Grossman advised that he had notified Defendant Jon Hankins of this hearing and of the Court's order directing that he be present and that Mr. Hankins said that he would be unable to appear. Mr. Grossman explained the facts surrounding his appearance as counsel for Mr. Hankins and his communications with Barry R. Fertel, an attorney who represented Tenet Asset Management, LLC, in related litigation in the Southern District of New York. Mr. Grossman reported that he had been unable to communicate with Mr. Hankins in any manner consistent with an ongoing attorney-client relationship

since this Court's order of October 20, 2005, denying the motion to dismiss or transfer. Given Mr. Grossman's statements, it is clear that he is unable to represent Defendant Hankins in this litigation and it is therefore

ORDERED that Mr. Grossman's motion to withdraw is granted and Mr. Grossman has no further responsibility for the representation of Jon E. Hankins in this litigation.

Dated: December 20, 2005

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2005, I mailed vial United States Mail a copy of the attached order to the following:

Jon E. Hankins
Suite 1
111 N. Central Ave.
Knoxville, TN 37902

Jon E. Hankins
4723 Morton Place Way
Knoxville, TN 37912

Barry R. Fertel
9th Floor
600 Lexington Avenue
New York, NY 10022-6018

GREGORY C. LANGHAM, CLERK

s/J. Chris Smith
By_____
                Deputy